# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

Rebecca A. Test,                          )
                                          )
                    Plaintiff,            )
                                          )
V.                                        )  Case No. 11-4158-CV-C-JTM
                                          )
Michael J. Astrue,                        )
                                          )
                    Defendant.            )

## ORDER

On Friday, March 9, 2012, the Court entertained oral argument on the parties' pleadings

in this Social Security review matter.  After due consideration of the issues presented, and for the

reasons set forth on the record by the Court at the conclusion of the March 9, 2012 oral

argument, it is

ORDERED that the decision of the Commissioner is **AFFIRMED**.


                                    */s/ John T. Maughmer*
                                    **JOHN T. MAUGHMER**
                                    **U. S. MAGISTRATE JUDGE**